In the Matter of the Application of LEONORA C. EDELSTEN, Appellant, for an Order Vacating and Setting Aside a Decree Admitting to Probate the Will of ELIZA F. W. CLAPP, Deceased.

RUSSELL A. CLAPP et al., Respondents.

*Matter of Clapp*, 177 App. Div. 887, appeal dismissed.
(Submitted October 15, 1917; decided October 23, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1917, which affirmed an order of the New York County Surrogate's Court denying a motion to vacate and set aside a decree admitting to probate the will of Eliza F. W. Clapp, deceased.

*H. Louis Jacobson* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.